# United States District Court
# Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| KE21 | F0BH007X | Little | 2554 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 03/27/2026 16:55

Offense Charged ☐ CFR ☐ USC ☐ STATE CODE: FED 36CFR261.9G

Place of Offense: HWY 478

Offense Description: Factual Basis for Charge — HAZMAT ☐

Excavating, Digging, Disturbing Historic Resource

## DEFENDANT INFORMATION

Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Neal | Carson | R |

Street Address

[redacted]

## VEHICLE

VIN:

CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 566YSX | KY | 1998 | JEEP/CHEROKEE | | GRAY |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount

$ 30.00 Processing Fee

Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 310 South Main Street, London, Kentucky 40741

Date (mm/dd/yyyy):

Time (hh:mm): 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____________________

Officer's Copy (Pink)

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 03/27/2026 while exercising my duties as a law enforcement officer in the Eastern District of KY

Pursuant to 16USC 551: On March 27, 2026, U.S. Forest Service (USFS) Law Enforcement Officer (LEO) Raymond LITTLE observed an unoccupied Jeep Cherokee (KY Tag# 566YSX) parked along HWY 478 in the Stearns Ranger District of the Daniel Boone National Forest. The Jeep was registered to Carson NEAL. At approximately 16:14 hours, LEO LITTLE observed a white male wearing a backpack exit the wood line and approach the passenger side of the Jeep. As LEO LITTLE pulled up to the Jeep in his marked patrol vehicle, he observed the male slide his backpack, a shovel, and rake under the Jeep from the rear to conceal them. LEO LITTLE contacted the male, identified as Carson NEAL from his Kentucky Driver's License (OLN# N98080163). The front of NEAL's pants were heavily soiled with dirt, consistent with someone digging on their knees. NEAL was very cooperative and told LEO LITTLE that he had been digging for old bottles. Neal agreed to show LEO LITTLE where he had been digging. Significant excavation of a hillside with hundreds of excavated old glass bottles of varying ages were observed lying on the ground. NEAL continued around the hillside showing LEO LITTLE several additional small dug holes and then to a large, excavated trench. NEAL identified this area as where he had been digging that day. LEO LITTLE confirmed this by identifying a large, excavated area with fresh moist dark soil removed. Around this trench area hundreds of excavated old glass bottles/containers and pottery were visible on the ground. The trench, approximately 114 Square Meters in area, consisted of significant resource damage from digging. NEAL stated that he had been digging at the site for several weekends. During a consent search of NEAL's Jeep, LEO LITTLE found 8 old glass bottles of various styles, sizes, colors, and brands and a broken ceramic jug in the rear storage compartment that NEAL had identified as coming from the site on USFS. NEAL's backpack contained 1 pair of gloves, 11 glass bottles, and 5 glass jars of various styles, sizes, colors, and brands. It also contained a small unknown square porcelain decorative item with a rabbit design, 1 broken bottle base, and marble. NEAL dated some of these items back to the 1930's. LEO LITTLE issued NEAL violation notices for 36 CFR 261.9(g), Digging in, excavating, disturbing, injuring, destroying, or in any way damaging any prehistoric, historic, or archaeological resource, structure, site, artifact, or property and 36 CFR 261.9(h), Removing any prehistoric, historic, or archaeological resource, structure, site, artifact, property. Body camera video and photos were uploaded into Axon Evidence.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/27/2026

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

F0BH007X

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | Telephone Work |
|---|---|
| 606-278-1991 | |

Business Address

Scars, Marks, Tattoos

AKA'S

| Occupation | Clothing |
|---|---|
| | |

## ADDITIONAL VEHICLE INFORMATION

Registered Owner ☐ Same as driver
Carson Neal

| Stored at | Telephone |
|---|---|
| | |

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 08 | 02 | 16 -- | KY | 147 | 03 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss / ddd:mm:ss)
36° 43' 31" / -84° 26' 48"

Property (Whole Dollar Amount)

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

Resource (Whole Dollar Amount)

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

Timber/Other Forest Products (Volume)

| Contractual | Permit | Theft |
|---|---|---|
| | | |
| Species | Product | Unit Measure |
| | | |

## INCIDENT TYPE

CULTURAL

## CASE DISPOSITION

| Case No. | Offense | Court Level |
|---|---|---|
| | FED 36CFR261.9G | |

Disposition

| Fine | Suspended Fine | Restitution |
|---|---|---|
| | | |
| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |
| | | |

| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) |
|---|---|
| | |
| Warrant Number | Date Warrant Issued (mm/dd/yyyy) |
| | |

| Warrant Bond | Warrant Date of Service (mm/dd/yyyy) | New Case No. |
|---|---|---|
| | | |

# United States District Court
# Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| KE21 | F0BH007Y | Little | 2554 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense
03/27/2026 16:55

Offense Charged ☐ CFR ☐ USC ☐ STATE CODE
FED 36CFR261.9H

Place of Offense
HWY 478

Offense Description: Factual Basis for Charge HAZMAT ☐
Removing Historical Resource

## DEFENDANT INFORMATION

Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Neal | Carson | R |

[redacted]

## VEHICLE

VIN: CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| 566YSX | KY | 1998 | JEEP/CHEROKEE | GRAY |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount

$ 30.00 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 310 South Main Street, London, Kentucky 40741 | |
| | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____________________

Officer's Copy (Pink)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03/27/2026 while exercising my duties as a law enforcement officer in the Eastern District of KY

Pursuant to 16USC 551: On March 27, 2026, U.S. Forest Service (USFS) Law Enforcement Officer (LEO) Raymond LITTLE observed an unoccupied Jeep Cherokee (KY Tag# 566YSX) parked along HWY 478 in the Stearns Ranger District of the Daniel Boone National Forest. The Jeep was registered to Carson NEAL. At approximately 16:14 hours, LEO LITTLE observed a white male wearing a backpack exit the wood line and approach the passenger side of the Jeep. As LEO LITTLE pulled up to the Jeep in his marked patrol vehicle, he observed the male slide his backpack, a shovel, and rake under the Jeep from the rear to conceal them. LEO LITTLE contacted the male, identified as Carson NEAL from his Kentucky Driver's License (OLN# N98080163). The front of NEAL's pants were heavily soiled with dirt, consistent with someone digging on their knees. NEAL was very cooperative and told LEO LITTLE that he had been digging for old bottles. Neal agreed to show LEO LITTLE where he had been digging. Significant excavation of a hillside with hundreds of excavated old glass bottles of varying ages were observed lying on the ground. NEAL continued around the hillside showing LEO LITTLE several additional small dug holes and then to a large, excavated trench. NEAL identified this area as where he had been digging that day. LEO LITTLE confirmed this by identifying a large, excavated area with fresh moist dark soil removed. Around this trench area hundreds of excavated old glass bottles/containers and pottery were visible on the ground. The trench, approximately 114 Square Meters in area, consisted of significant resource damage from digging. NEAL stated that he had been digging at the site for several weekends. During a consent search of NEAL's Jeep, LEO LITTLE found 8 old glass bottles of various styles, sizes, colors, and brands and a broken ceramic jug in the rear storage compartment that NEAL had identified as coming from the site on USFS. NEAL's backpack contained 1 pair of gloves, 11 glass bottles, and 5 glass jars of various styles, sizes, colors, and brands. It also contained a small unknown square porcelain decorative item with a rabbit design, 1 broken bottle base, and marble. NEAL dated some of these items back to the 1930's. LEO LITTLE issued NEAL violation notices for 36 CFR 261.9(g), Digging in, excavating, disturbing, injuring, destroying, or in any way damaging any prehistoric, historic, or archaeological resource, structure, site, artifact, or property and 36 CFR 261.9(h), Removing any prehistoric, historic, or archaeological resource, structure, site, artifact, property. Body camera video and photos were uploaded into Axon Evidence.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/27/2026 [signature]
Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

F0BH007Y

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | Telephone Work |
|---|---|
| 606-278-1991 | |

Business Address

Scars, Marks, Tattoos

AKA'S

| Occupation | Clothing |
|---|---|
| | |

## ADDITIONAL VEHICLE INFORMATION

Registered Owner ☐ Same as driver
Carson Neal

| Stored at | Telephone |
|---|---|
| | |

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 08 | 02 | 16 -- | KY | 147 | 02 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss / ddd:mm:ss)
36° 43' 31" / -84° 26' 48"

Property (Whole Dollar Amount)

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

Resource (Whole Dollar Amount)

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

Timber/Other Forest Products (Volume)

| Contractual | Permit | Theft |
|---|---|---|
| | | |
| Species | Product | Unit Measure |
| | | |

## INCIDENT TYPE

CULTURAL

## CASE DISPOSITION

| Case No. | Offense | Court Level |
|---|---|---|
| | FED 36CFR261.9H | |

Disposition

| Fine | Suspended Fine | Restitution |
|---|---|---|
| | | |
| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |
| | | |

| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) |
|---|---|
| | |
| Warrant Number | Date Warrant Issued (mm/dd/yyyy) |
| | |

| Warrant Bond | Warrant Date of Service (mm/dd/yyyy) | New Case No. |
|---|---|---|
| | | |